UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA CHUN, individually and on behalf of
those similarly situated,

                    Plaintiff,                    JUDGMENT

       v.

                                      20-CV-759(KAM)(CLP)

MIDLAND FUNDING, LLC, and AUSTIN
DALTON AND ASSOCIATES,

                    Defendants.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District

Judge, having been filed on January 21, 2021, granting Midland Funding's motion for summary

judgment; directing Plaintiff to file a letter indicating whether she intends to proceed against the

other defendant, Austin Dalton; and an Order having been filed on January 27, 2021, directing

the Clerk of Court to enter judgment for defendants and to close the case; it is

      ORDERED and ADJUDGED that Midland Funding's motion for summary judgment is

granted; and that judgment is hereby entered in favor of defendants.

Dated: Brooklyn, New York                   Douglas C. Palmer
       January 28, 2021                  Clerk of Court

                                    By:     */s/Jalitza Poveda*
                                          Deputy Clerk